## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05- mc - 71- PAC

IN THE MATTER OF THE TAX INDEBTEDNESS OF
DANIEL AND JANIE SALAZAR
ALSO KNOWN AS JANIE SALAZAR

---

### WARRANT FOR ENTRY ON PREMISES
### TO EFFECT LEVY

---

Upon the application of the United States, appearing by the United States
Attorney, and the affidavit of Patricia Korb, a Revenue Officer of the Internal Revenue
Service, a request has been made for a warrant for Patricia Korb and/or other employees
of the Internal Revenue Service to enter the premises located at 601 South Sherman
Street, Fort Morgan, Colorado  80701 to exercise the statutorily granted authority to seize
property as provided in Section 6331 and other relevant provisions of the Internal
Revenue Code.  The Court has found on the basis of the affidavit, that there is probable
cause to believe that property owned by Daniel and Juanita Salazar, also known as Janie
Salazar, which is subject to levy and distraint for the collection of taxes assessed against
the taxpayer, is located at the  premises and entry into such premises is necessary to
exercise the authority granted by Section 6331 of the Internal Revenue Code to enforce
the collection of delinquent Internal Revenue taxes.

IT IS THEREFORE ORDERED that Patricia Korb and/or other employees of the Internal Revenue Service are authorized to enter the business premises described and to make such search as is reasonably necessary to locate and ascertain whether there is property subject to seizure pursuant to Section 6331 of the Internal Revenue Code.  In making this search however, such revenue officer and/or other employees are directed to enter the business premises only during business hours and within 15 days of the date of this order.

IT IS FURTHER ORDERED that if the taxpayer or occupant offers any resistance to the revenue officer and/or other employees seeking to enter the business premises, under the authority of this warrant, the revenue officer and/or other employees shall withdraw, and may apply to this Court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

IT IS FURTHER ORDERED that the revenue officer shall leave a copy of this warrant with the person in possession of the business premises, and promptly after the entry, search and seizure, the officers executing this warrant shall make their return to this Court with a complete detailed inventory of the property seized and a complete statement of the time and circumstances of the entry and seizure.

DATED this ___ day of _____, 2005

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE